UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY GROSSMAN,

        Plaintiff,

v.

THE CHARTER TOWNSHIP OF
WEST BLOOMFIELD,

        Defendant.

Case No.
Hon.

Other Case No.
OCCC No. 23-201199-CZ
OCCC Kwame L. Rowe

---

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

PLEASE TAKE NOTICE that Defendant, THE CHARTER TOWNSHIP OF WEST BLOOMFIELD, by its undersigned counsel, hereby removes the action entitled *Gary Grossman v. The Charter Township of West Bloomfield*, Case Number 2023-201199-CZ, in the Sixth Circuit Court for the County of Oakland, to the United States District Court for the Eastern District of Michigan, Southern Division, and in support thereof files this notice of removal for the following reasons:

1.    Plaintiff commenced an action against Defendant in the Sixth Circuit Court in Oakland County on June 30, 2023, entitled *Gary Grossman v. The Charter Township of West Bloomfield*, Case Number 2023-201199-CZ, assigned to the Honorable Kwame L. Rowe. (Attached as Exhibit 1.)

2.     Defendant first received notice of the Complaint when Plaintiff served it with the Complaint on July 10, 2023.

3.     This notice of removal is being timely filed within 30 days after the receipt by Defendant of Plaintiff's Complaint, as required by 28 U.S.C. § 1446(b).

4.     This Court has jurisdiction over this case based on federal question jurisdiction pursuant to 28 U.S.C. §1331.

5.     This Court has supplemental jurisdiction over the state law claims in this case pursuant to 28 U.S.C. § 1367(a).

6.     For its federal law claims, Plaintiff alleges that the acts of Defendant have violated Plaintiff's right to substantive and procedural due process under the Fourteenth Amendment of the U.S. Constitution (Count III), and appears to suggest an unconstitutional taking (Count III, Paragraph 131) in connection with these alleged due process violations.

7.     Plaintiff seeks declaratory relief (Count I), injunctive relief (Count II) damages, and attorney's fees and costs (Count III, Paragraph 132; and requests for relief for all Counts).

8.     For his state law claims, Plaintiff asserts a claim for Declaratory Relief (Count I), Malicious Prosecution (Count IV), and Tortious Interference with a Contract (Count V), as more fully set forth in the attached Complaint.

2

9.      Plaintiff's state law claims arise from the same common nucleus of operative facts and are so intertwined with and related to Plaintiff's federal claims that it is a part of the same case or controversy as those federal claims, over which this Court has original jurisdiction.

10.     Venue is proper pursuant to 28 U.S.C. § 1301 because the Charter Township of West Bloomfield, Oakland County, Michigan, is located within the Eastern District of Michigan.

11.     All the prerequisites have been met for this civil action to be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(a) and (b).

12.     Defendant will give written notice of the filing of this notice of removal to all adverse parties and will file a copy of this notice of removal with the Circuit Court for the County of Oakland, as required by 28 U.S.C. § 1446(d).

Defendant files this notice of removal and removes this action to the United States District Court for the Eastern District of Michigan. Plaintiff is notified to proceed no further in state court unless or until the case is remanded by order of said United States District Court.

Respectfully submitted,

ROSATI SCHULTZ JOPPICH
& AMTSBUECHLER, P.C.

/s/Matthew J. Zalewski

3

MATTHEW J. ZALEWSKI (P72207)
Attorneys for Defendant
27555 Executive Drive, Suite 250
Farmington Hills, MI 48331-3550
(248) 489-4100
mzalewski@rsjalaw.com

DATED:     July 31, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record, and I hereby certify that I have mailed by United States Postal Service the paper to:  Jan Jeffrey Rubinstein and Kevin M. Burton, 30665 Northwestern Hwy, Suite 165, Farmington Hills, MI 48334

/s/ Dawn Hallman

4