UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY GROSSMAN,

        Plaintiff,

v.

THE CHARTER TOWNSHIP OF
WEST BLOOMFIELD,

        Defendant.

Case No.  23-11851
Hon. Shalina D. Kumar

---

## ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT [ECF NO. 43]

This matter having come before this Honorable Court on Wednesday, April 22, 2026, on Plaintiff's Motion for Leave to File an Amended Complaint ECF No. 43, PageID.1339-1348, and the Court being fully advised of the premises;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint is DENIED for the reasons set forth on the record during the above-noted hearing.

**IT IS FURTHER ORDERED** that the parties shall facilitate this matter with a mutually agreed upon facilitator.

1

**IT IS FURTHER ORDERED**  once the parties choose a date/time to facilitate the matter, they shall notify the Court to set a status conference.

**IT IS SO ORDERED.**


Date: April 24, 2026                    s/Shalina D. Kumar
                                        Hon. Shalina D. Kumar
                                        United States District Judge